UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CIVIL ACTION NO. 1:13cv343 (WOB-KLL)

STATE OF OHIO                                          PLAINTIFF

VS.                          <u>ORDER</u>

JENNY LEE FORD, ET AL.                                DEFENDANTS


This matter is before the Court on the Magistrate Judge's Report and Recommendation (Doc. #19), and there being no objections filed, and the Court being sufficiently advised,

**IT IS ORDERED** that the Report and Recommendation (Doc. #19) be, and it hereby is, **adopted** as the findings of fact and conclusions of law of this Court; that plaintiff's motions for default judgment (Docs. 11 & 12) be, and hereby are, **granted**. A separate judgment shall enter concurrently herewith.

This 22nd day of May, 2014.



Signed By:

*<u>William O. Bertelsman</u>* WOB

**United States District Judge**